**Order filed, March 27, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00117-CV
_____

**MEMC PASADENA, INC., Appellant**

**V.**

**RIDDLE POWER, LLC AND TRIAD ELECTRIC AND CONTROLS, INC.,**
**Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-11010**

---

## ORDER

The reporter's record in this case was due **March 11, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Karen DeShetler, Delicia Struss, and Jessica Kim**, the substitute court reporters, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM